FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_Little Rock_ DIVISION

CASE NO. 5:13CV00156 JLH/JJV

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 23 2013
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

I. Parties

In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff: James A Jackson
    ADC# 097577
    Address: P.O. Box 500 Grady Ark 71644

    Name of plaintiff: _____
    ADC# _____
    Address: _____

    This case assigned to District Judge Holmes
    and to Magistrate Judge Volpe

    Name of plaintiff: _____
    ADC# _____
    Address: _____

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.  Name of defendant: William Warren Et. Al
    Position: Physician
    Place of employment: Cummins Unit
    Address: P.O. Box 500 Grady Ark 71644

    Name of defendant: Corizon Et. Al
    Position: Medical Provider
    Place of Employment: Pine Bluff
    Address: 6814 Princeton Pike Pine Bluff 71602.

Name of defendant: Estella Murry. Bland

Position: APN

Place of Employment: Cummins Unit

Address: P.O. Box 500 Grady Ark 71644

Name of defendant: Troy D. Moor, Jr. MD

Position: Physician

Place of Employment: Cummins Unit

Address: 5539 Atlantic Cv Benton, Ark 7209

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No ✓

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another pieced of paper, using the same outline.)

☐ Parties to previous lawsuit

Plaintiffs: _____

_____

Defendants: _____

_____

☐ Court (if federal court, name the district; if state court, name the county):

_____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: _____

_____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

___✓___ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did your file a grievance or grievances presenting the facts set forth in this complaint?

Yes _____   No _____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes _____   No _____

If not, why? _____

_____

VII.  Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The plaintiff File A Grievance on 4-4-12 concerning His Foot. He had Ask To See A Specilist on Jan 21-12 by Warren order Aguacel That was Not Working; To Know of A Illness And Deny The Proper treatment Is A Diliberate Indifference Claim And A violation of The 5th Amend of Due Process of Law; Cruel And unusually Punishment In violation of ones 8th Amend And Denial of Equal protection of The Law violation of ones 14th Amend of The United States Constitutionals Right's deliberate Indifference Claim see Estelle V Gamble 429 U.S. 97, 97 S.Ct. 285. The Plaintiff was misdiagnosed As having A [Spider Bit] Which Delayed The Proper Treatment For His Illness. the Act or omission played a Substantial part In bringing About or Actually causing the Injury or damage; For The Delay And misdiagnosed plaintiff Suffer Pain

VIII.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A Trial By Jury,
500,000,00 Punitive Damages
500,000,00 Compensatory, 500,000,00 mental Angush;

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20____.

_____
(Signature(s) of plaintiff(s))

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center: Cummins
Name: James Jackson
ADC#: 99577   Brks #: 7-B   Job Assignment: Farm Fact.

FOR OFFICE USE ONLY
GRV. # CU-12-00820
Date Received: _____
GRV. Code #: _____
600

4-4-12 (Date) STEP ONE: Informal Resolution

4-6-12 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Because the second treatment has not been provided

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: Because of the pains I go through the length of time of seeing a specialist plus the time of the illness

Is this Grievance concerning Medical or Mental Health Services? ✓ If yes, circle one: (medical) or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): The middle of January something effected my right foot. The Doctor "Dr. Warren couldn't explain whats the illness on general. I'm in a continues trobbing pain, first naming of the illness 1-21-12. I have ask to be seen by a specialist of my illness the length that it is taking me to be seen is a "Leisurely Process" Dr. Warren order aquacel but it isn't working. It has come to the point when "Removing the aquacel it has a alarea of through the nose." It (sting) my 14th Amend Equal Protection- French vs. owens 777 fad 1250 cy9 1985. I am a Dibetic I would very much like for this to be more than oral. I'm not into pain. I don't want to be negative of a foot. Fruit vs. Norris 965 F2d 1147 8th Civ 1990 The 5th Amend states (No) Person shall deprive any person of life Liberty or The 8th Amend Phobits cruel or unusual Punishment Inflicted upon another.

Inmate Signature: James Jackson   Date: April 4, 2012

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 4-4-12 (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: A.Lewis   Date: 4-4-12

PRINT STAFF NAME (PROBLEM SOLVER): A. Lewis   ID Number: 82093   Staff Signature: CO2 A. Lewis   Date Received: 4-4-12

Describe action taken to resolve complaint, including **dates**: Your foot is being treated by the provider, He indicated changes to your treatment on 3-25. He noted if no effectiveness after 2 weeks a consult would be submitted. Austin 4-6-12

Staff Signature & Date Returned: _____ 4/6/12   Inmate Signature & Date Received: James Jackson

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____   Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT420                                                                                                                                           Attachment IV
3GH

INMATE NAME: Jackson, James A.      ADC #: 097577D      GRIEVANCE #: CU-12-00830

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(655) You reported in your complaint that you need to see a specialist about the wound on your foot. You report the Aquacel is not working. I informed you that Dr Warren had made changes to your treatment and indicated that if there was no change after 2 weeks a consult would be requested. You reported that the 2nd treatment wasn't started. The ointment requested by Dr Warren was not available and the previous treatment was continued. When there was no change at your follow up a consult was submitted. You were sent out to the surgery clinic. I find your grievance had merit because the ointment Dr Warren requested was not available but is resolving as the ointment has been ordered.

_____      _____      _____
Signature of Health Services                                        Title                                       Date
Administrator/Mental Health
Supervisor or Designee

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?




_____      _____      _____
Inmate Signature                                                ADC#                                       Date

Approx. 9:45 am arrival                                    Time upon Leaving 12:37 pm

Dr. Moor visit. 7-2-12 first time visit.
Dr. Buckman visit. 6-19-12. follow up in two weeks. 7-5-12
Still no Doppler consult to follow on
Dr. Moor put in a consult to upgrad my meds. Gabapentin too mg

7-6-12
approx: 6:51 pm Friday 7-6-12. I took a shower and notices my wounds on my inner ankle that both of my inner ankle has develope the same way as they did both did when the nurses was useing salvyl. Raw eating up the good tissue and has started the burning sensation pain level all up again!

7-9-12
I went to the Heart Hospital. Transportation officers Sgt. Laisler Sgt. Shauns Brewy. The Dr. order Zinc oxidide. nurse J. Pavoned my MSF-207 7/9/12 until 7-17-012

I was Given a order standards - MSF-207 by Lori Leaune Shirey

I haven't had a shower until 7-11-12 because they didn't have my riders from The Heart Hospital. First dressing change 7-13-12.

Dental 7-16-12

I went to a Gate Pass - 7-26-12. Transferred by SGT. Hill and SGT. R. Thompson to Heart Hospital. Seen By the Dr. and nurse Mrs. Brooks. My Bag number Bar code # 601837 1200876 3004436. They chang my Right Dressing and kept the same on the Left ankle.
On 8-10-12 Mrs. Davis Chance placed a Acticoat over my wound on my Left inner ankle. doing the process of the "route" 7 days journey for the acticoat to be in placed 8-11-12 I went to treatment call @ am and notified

Mrs. Nicole Williams that it was burning and itching she ain't did to pull the Keflex from the already said was Active and that they were listened been told I'm on the DR List. Active Meps. Debridement

1. Cleanse the Wound Site
   - Remove as much loose debris from the wound as possible
   - with forceps and scissors
   - Gently cleanse the wound bed with steps showering commercial wound cleanser (optimal pH 5-8) followed by saline, each time a dressing is changed
   - When necessary crosshatch thick eschar with a #10 blade to ensure optimal surface contact

2. Apply SANTYL Ointment
   - Apply directly to the wound or to a sterile gauze pad which is

On 8/22/2012 I went back to the Doctor: Heart Hospital Wound Clinic. Right ankle Dr. Badraid. Doctor stated "He will see me in our wound. Notified Mr. Hardly. Mrs. Morgan's 8/22/2012
8/23/2012 Mrs. Eason 8/23/2012.
8/22/12 I saw Dr. Moore and Ms. Eason. Ms. Eason stated to Dr. Moore that she should have sent my Crisoline earlier. So Dr. Moore stated to Ms. Eason that he will not send me back to the Wound Clinic
9/10/12 I went back to the Heart Hospital on Right ankle the Dr. Badraid it in three spots. I was transported by Sgt. Hill and Sgt. Douglas. Once I arrived back at I/M the Infirmary Mr. LPN Morgan saw me and ask normal questions as all the Nurses do to send on arriving back

On the 11/20/2012 I went to see Mrs. Bland. Due toward a dressing change. Nurse "Rice" which I seen on the 11/19/2012. At 7:13 P.M. for Treatment call. She would not change the dressing because she stated my MSF-207 was exspired. So Nurse Rice told me to come back on 11/20/2012. Thats were my Due Process was Denied. Mrs. Bland then told me to buy some soap off the store and stop my treatment call period. My Right ankle still have a few spots thats not completly Hilled. I have had this problem from 1/23/2012 on my Right Ankle. On May 14, 2012. My Left Ankle developed the same. My Left Ankle is heal Hilled because I was going to the Heart Hospital 7500 Shacklefird Road to the wound clinic. Bator that I went to Dr. Buckman 6-19-12 follow up. 7-5-12. - 7-9-12. visit The Heart Hospital I went back to the Hospital on 7-26-12 - 8/22/2012 back to the Hospital wound clinic - 9/10/12 I went back to the Hospital - September 25, 2012 I went back to The Hospital doing the times I began to Heal up the Left ankle healed because the Special Treatment I was giving. At the same of my visits the Dr. stated you need a moisturizer cream for your feet and once you heal up some special shoes during that visit I giving a ELTA Creme for my Feet. I ask for Dr. Moore. He stated he'll check and see what kind still no order for my cream or Lotion. Due Toward Mrs. Bland on 11/20/2012 so all at once she became a wound specialist if so why did I have to visit the wound clinic

Transportation officer- SGT. A.d. SGT ms. Owney we arived 8:30. I saw the Dr. she gave me a tubs of zinc, silver calcium alginate. And gave me some Elta Creme moisturizer. The Melting moisturizer for Dry Leritated skin. Mrs. Louisa Chausca gave me MSF-207 September 27, 2012

November 26, 1:00 p.m Nurse Owens brought me some Triamcinalone Acetonide Cream USP. 0.025% - NET WT 80g

January 11. First of Knowledge of new wound

April 3, 2013 went back to the wound clinic. April 3. They applied a skin draft called the appleton. April 10. I went back to the wound clinic. Bar code- 624192-200876 3034682 James Jackson A. M 08/15/68 44y They applied a skin draft called oasics it will stay for one week.

On 4/24/2013. I went back to the Heart hospital. Escorted by transportation officer Sgt. Jordan. Sgt. Arnold Bacp # 624192 200876 3035873. I saw Dr. Furtado. He done another skin draft. A oasiss. It sity on for 1 week.

May the first I should have went back to the wound clinic. Every week. "Seven days." The Oasics skin draft is a treatment that it sits on the open wound. I went to treatment call to Wight. May the first.

On May 8 2013 I went back to the Heart Hospital. Wound clinic. Bady # 8:00 p.m -200876 -3037525 I saw Dr. Furtado, Earl Ws. Nurse mrs. Regain. I was escorted by Sgt West. I had a 5X-Rays done on my right heal. wound looked better.

In behalf of my suffering due toward Dr. Troy Moore I'm filling a 1983 form causing the denial of my Due process. Dr. Troy Moore has and never had a license to practice in the State of Arkansas. Dr. Troy Moore stated with Mrs. Estella Murry Bland-RNP. said I James Allan Jackson that I did not need any special shoes because of my problem I have about my feet. Mrs. Estella Murray Bland and Dr. Troy Moore told me I can wear canvas shoe due to no wearing the canvas shoe I develope another sore wound on the outer right ankle. Dr. Troy Glus Moore

On the 15, May 2013 I went back to the wound clinic I was transferd by Sgt. West and Sgt. Gardner. I had my right ankle outter debried by. Dr. Faritada. Earl W my bada # is 200876 3038425 · 5/15/13.

**ARKANSAS HEART HOSPITAL**

82128

# Diabetes: Keeping Feet Healthy

Diabetes can damage nerves in your feet and cause **neuropathy.** This condition makes it hard for you to feel injuries or sore spots. Diabetes can also change blood flow, making it harder for small problems, like a blister, to heal properly. In fact, minor injuries can quickly become serious infections that send you to the hospital. Practice self-care to protect your feet and keep them healthy.

### Take Special Care

- Inspect your feet daily for problems such as redness, blisters, cracks, dry skin, or numbness. Use a mirror to see the bottoms of your feet. Or, ask for help.
- Manage your diabetes. Monitor and control your blood sugar. Take all your medications as prescribed.
- Avoid walking barefoot, even indoors.
- Wash your feet with warm water and mild soap. Dry well, especially between toes.
- Don't treat corns or calluses yourself. Talk to your doctor or **podiatrist** (a doctor who specializes in foot care) if you need assistance trimming your toenails.
- Use moisturizing cream or lotion if you have dry skin, but don't use it between toes.
- Don't use heating pads on your feet. If you have neuropathy, you could get a burn and not feel it.
- Stop smoking. Smoking restricts blood flow and can make it harder for wounds to heal.

### Have Regular Checkups

Foot problems can develop quickly. So be sure to follow your healthcare team's schedule for regular checkups. During office visits, take off your shoes and socks as soon as you get in the exam room. Ask your healthcare provider to examine your feet for problems. This will make it easier to find and treat small skin irritations before they get worse. Regular checkups can also help keep track of the blood flow and feeling in your feet. If you have neuropathy, you may need to have checkups more often.



**Inspect your feet every day for signs of a problem.**

### Wear Proper Footwear

Wearing proper footwear is very important. If areas of your feet have been damaged by too much pressure, your healthcare provider may recommend changing your footwear. In some cases, avoiding high heels or tight work boots may be all that's needed. Or, your healthcare provider may recommend special shoes or custom inserts. These help protect your feet and keep existing irritations from getting worse. If you need special footwear, ask your healthcare provider if you qualify for Medicare's diabetic

**ARKANSAS HEART HOSPITAL**

82110

# Diabetes: Treating Severe Foot Infections

Diabetes makes it harder for the body to heal. Even minor foot problems can develop into serious infections. If not treated, infections can lead to amputation. They can even become life-threatening. Prompt treatment by your doctor is needed to protect your foot and restore your health.

### Get Treatment



*See fact*

In some cases, infections can spread through the feet and up the leg. To treat a severe infection, you may be hospitalized and given intravenous (IV) antibiotics. You may also be referred to healthcare providers who specialize in treating infections. If the infection is a serious risk to your health, surgery may be recommended.

### The Goals of Surgery

The goal of surgery is to remove the infection and protect your foot or leg. Some surgeries remove a small amount of dead tissue from the infected area. In some cases, toes or larger amounts of tissue may be removed. Surgery may be done in a hospital or wound care facility. The length of your stay depends on the surgery and how well you're healing. During recovery, you will likely need to limit activity for a while. You may also have visits from a home healthcare nurse. Be sure to see your doctor for follow-up appointments.

### Wound Care

- Regular wound care after surgery helps keep your foot free of infection and aids healing.
- Change your dressing every 6 hours.
- You may need IV (intravenous) antibiotics to help control the infection. Other medications may be used to help your foot heal more quickly.
- A home care nurse may shorten your hospital stay by helping with your dressings or IV antibiotics at home.
- If needed, your doctor may refer you to a wound care facility. These are medical facilities that specialize in treating ulcers and infections that are hard to heal. While you're there, you may work with several kinds of doctors. You may also be given antibiotics or other medications that help fight infection. Part of your treatment also includes learning to care for the wound at home.
- You may be told to keep your foot elevated as much as possible. You may also be told to avoid putting weight on the foot.

© 2000-2012 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.



**ARKANSAS HEART HOSPITAL**

82094

# Hyperglycemia (High Blood Sugar)

Too much glucose (sugar) in your blood is called hyperglycemia or high blood sugar. High blood sugar can lead to a dangerous condition called **ketoacidosis.** In severe cases, it can lead to coma.

**Possible Causes of Hyperglycemia**

- Eating too much food, especially carbohydrates
- Being less active than usual
- Not taking enough medication
- Being sick
- Being under stress

**Symptoms of Hyperglycemia**

Hyperglycemia may not cause symptoms. If you do have symptoms, they may include:



- Thirst
- Frequent need to urinate
- Feeling tired
- Nausea
- Itchy, dry skin
- Blurry vision
- Fast breathing
- Weakness
- Dizziness
- Wounds or skin infections that don't heal

**What You Should Do**

- Check your blood sugar.
- Drink sugar-free, caffeine-free liquids such as water or diet soda. Don't drink fruit juice.
- Check your blood sugar again every 4 hours. If you take insulin or diabetes medications, follow your sick-day plan for taking medication. Call your healthcare provider if you are not able to eat.
- Check your blood or urine for ketones as directed.
- Call your healthcare provider if your blood sugar and ketones do not return to your target range.

**Preventing High Blood Sugar**

To help keep your blood sugar from getting too high:

- Follow your meal plan. Eat only the amount of food on your meal plan.
- Follow your exercise plan.
- Take your insulin or diabetes medications as directed by you healthcare team. Also test your blood

sugar as directed.
- Control stress.
- When you're ill, follow your sick-day plan.

**Other Things to Do**

- Carry a medical ID card or wear a medical alert bracelet. It should say that you have diabetes. It should also say what to do in case you pass out or go into a coma.
- Make sure family, friends, and coworkers know the signs of high blood sugar. Tell them what to do if your blood sugar gets very high and you can't help yourself.
- Talk to your healthcare team about other things you can do to prevent high blood sugar.

> **Special note:** Drink plenty of sugar-free and caffeine-free liquids when you feel symptoms of hyperglycemia. Call your doctor if you keep having episodes of hyperglycemia.

© 2000-2012 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

shoe program.

**Make Sure Shoes and Socks Fit**

Any pair of shoes—new or old—should feel comfortable as soon as you put them on. There shouldn't be any rubbing when you walk. Wear the right shoe for any activity. For instance, a running shoe is designed to keep your feet injury-free while jogging. Buy shoes at the end of the day, when your feet are larger. Make sure they provide support without feeling too loose. Make sure your socks fit, too. Wear soft, seamless, well-padded socks for activity. Cotton or microfiber socks are best to help to absorb sweat. To protect your feet, avoid shoes that are open-toed or open-heeled. If you have questions about what kinds of shoes and socks are best, talk to your healthcare team.

**Get Regular Exercise**

Regular exercise improves blood flow in your feet. It also increases foot strength and flexibility. Gentle exercises, like walking or riding a stationary bicycle, are best. You can also do special foot exercises. Just be sure to talk with your healthcare provider before starting any exercise program. Also mention if any exercise causes pain, redness, or other signs of foot problems.

> **Note:** If you have any kind of break in the skin of your foot or ankle, keep the area clean. Then call your doctor—especially if the area doesn't appear to be healing.

© 2000-2012 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.