IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| JAMES A. JACKSON, ADC # 89420 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 5:13CV00156-JJV |
| | * | |
| WILLIAM WARREN; *et al.* | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice as to Dr. William Warren, and without prejudice as to the remaining defendants.

SO ORDERED this 5th day of August, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE